IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    v.s.

                                   Case Number: 3:97CR-155-02 (JAF)

**JOSE MORALES-GONZALEZ**
**A.K.A.: NUNI**

\* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon a petition of DAMARYS I. TELLADO, U.S. Probation Officer of this Court, alleging that releasee, José Morales-González, has failed to comply with his conditions of his supervised release.

It is ORDERED that releasee appear before this Court on _____ 2006, at _____, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked; thereupon he to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk will issue the corresponding warrant for the arrest of the releasee, José Morales-González and notify counsel for releasee and for the government with copy of this Order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this _____ day of April 2006.

                                                          _____
                                                          JOSE A. FUSTE, CHIEF
                                                          U.S. DISTRICT JUDGE