UNITED STATES DISTRICT COURT

FOR THE     **DISTRICT OF** PUERTO RICO

UNITED STATES OF AMERICA

VS.

**WARRANT FOR ARREST**

JOSE E. MORALEZ-GONZALEZ

CASE NUMBER: CR. 97-155 (JAF)

To:    The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest    **JOSE E. MORALES-GONZALEZ**
(Name)

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment      [ ] Information      [ ] Complaint

[ ] Order of court      [X] DEFENDANT HAS FAILED TO COMPLY WITH HIS CONDITIONS OF SUPERVISED RELEASE.

charging him or her with (brief description of offense)

FOR FAILURE TO COMPLY WITH HIS CONDITIONS OF SUPERVISED RELEASE.

in violation of Title ------- United States Code, Section(s) -------

JOSE A. FUSTE
Name of Issuing Officer

CHIEF, U.S. DISTRICT JUDGE
Title of Issuing Officer

REBECCA AGOSTINI-VIANA
Signature of Deputy Clerk

MARCH 31, 2006, HATO REY, PUERTO RICO
Date and Location

Bail fixed at $ ----------NO BAIL-------------    By ---------------------------------------------
Name of Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4-18-06 | ROBERTO VIZCARRONDO DUSM | By: [signature] |
| DATE OF ARREST |  |  |
| 4-20-06 |  |  |